445 A.2d 219

Lambert, Appellant v. Kerecz et al.

Argued January 21, 1981. Daniel H. Shertzer, for appellant; Ronald E. Vican, for appellees.

Before HESTER, POPOVICH and DiSALLE, JJ.

Judgment affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.

---

445 A.2d 219

McGartland, Appellant v. McGartland.

Argued February 8, 1982. Linda Carol Liechty, for appellant; Zeno Fritz, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.